DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
DEC 15 2003
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| SEAN FRANCIS SCHOOL MAFNAS<br><br>Plaintiff,<br><br>vs.<br><br>JOHN S. UNPINGCO, Chief Judge, U.S. District Court of Guam, et al<br><br><br>Defendant(s). | Case No. CV-03-00038<br><br>**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT** |

I, _Sean Francisc School Mafnas_, declare that I am the (check appropriate box)

/x/   petitioner/plaintiff/movant        /_/ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor; that I believe I am entitled to the relief sought in the complaint/petition/motion.

     I make this application with the understanding that I am liable under 28 U.S.C. §1915 for the full payment of all fees, costs, and sanctions imposed in this case; that such charges will be collected and paid from my prison trust account; and that any unpaid fees, costs, or sanctions will constitute a debt not dischargeable in bankruptcy.

1.   Are you currently incarcerated?:  /x/ Yes    /_/ No

   If "Yes" state the place of your incarceration _Dept of Corrections Mangilao Guam_

Are you employed at the institution? __NO__

Do you receive any payment from the institution? __NO__

2. Are you currently employed: /_/ Yes  /X/ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   Advance Management Inc. (Min wage $5.15 hr.) every 2 wks. approximately $175.00 a month Joseph Certosa - GM, located in Harmon behind Harmon laundrymat.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment  Yes /_/  No /X/
   b. Rent payments, interest or dividends  Yes /_/  No /X/
   c. Pensions, annuities or life insurance payments  Yes /_/  No /X/
   d. Disability or workers compensation payments  Yes /_/  No /X/
   e. Gifts or inheritances  Yes /_/  No /X/
   f. Any other sources  Yes /X/  No /_/

If the answer to any of the above is "yes," describe each source of money and state the amount received and what you expect you will continue to receive. $20.00 from fiancé' Jeannie D. Reben in Jan 2003., a check for approximately $75.00 which I gave to my fiancé' to support them received due to my property lost during Supertyphoon Pongsona, and a check for $35.00 from Advance Management Inc, which I also gave my fiancé' to help her and our children

4. Do you have any cash or checking or savings accounts?

   Yes /_/  No /X/  If "yes" state the total amount. _____

2

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   Yes /_/   No /X/

If "yes" describe the property and state its approximate value. _____

_____

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Jeannie D. Roben-Fiance my two Step-daughters and our newborn Son, Unable to financially Support them due to my incarceration.

7. List the names and addresses of all correctional facilities that you were incarcerated in during the six months prior to filing your complaint/notice of appeal. Please also note the dates of incarceration for each institution. DEPARTMENT OF CORRECTIONS MANGILAO GUAM JANUARY 2003 TO PRESENT DATE.

_____

_____

I declare under penalty of perjury that the above information is true and correct.

05 Dec 2003
Date

_X_ [signature] _____
Signature of Applicant