# UNITED STATES DISTRICT COURT

District of GUAM

FILED
DISTRICT COURT OF GUAM
JAN 09 2004
MARY L. M. MORAN
CLERK OF COURT

**SEAN FRANCIS SCHOOL MAFNAS,**
Plaintiff,

V.

**JOHN S. UNPINGCO, Chief Judge,
District Court of Guam, et al.**
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-03-00038

TO: (Name and address of Defendant)

MARIVIC P. DAVID, Assistant U.S. Attorney
U.S. Attorneys Office

U.S. MARSHALS-GUAM RECEIVED -6 JAN 2004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SEAN FRANCIS SCHOOL MAFNAS
c/o P.O. Box 3236
Hagatna, Guam 96932

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L.M. MORAN
CLERK

_[signature]_
(By) DEPUTY CLERK

January 6, 2004
DATE

**ORIGINAL**

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/8/04 |
| NAME OF SERVER (PRINT) | TITLE |
| | C/ Dusn |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: __USDC, Guam.__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $40.00 | $40.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1/8/04__    _[signature]_
            Date                Signature of Server

                __USMS, USDC Agana Guam 96920__
                Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ORIGINAL

U.S. MARSHALS-GUAM RECEIVED -6 JAN 2004

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SEAN FRANCIS SCHOOL MAFNAS | CV-03-00038 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JOHN S. UNPINGCO, Chief Judge, District Court of Guam, et al. | Summons and Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARIVIC P. DAVID, Assistant U.S. Attorney

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
U.S. Attorneys Office

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

SEAN FRANCIS SCHOOL MAFNAS
P.O. Box 3236
Hagatna, Guam 96932

Number of process to be served with this Form - 285: 2
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 01/06/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 01
District of Origin No.: 093
District to Serve No.: 093
Signature of Authorized USMS Deputy or Clerk
Date: 01/06/04

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1/8/04
Time: 2:50 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $40.00 | 0 | 0 | $40.00 | 0 | $40.00 |

REMARKS: 1 DUSM; served at USDC.

RECEIVED JAN 09 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |