## CERTIFICATE OF FUNDS
## PRISON TRUST ACCOUNT

FILED
DISTRICT COURT OF GUAM

JAN 15 2004

MARY L. M. MORAN
CLERK OF COURT

**Prisoner's Name: Sean Francis School Mafnas**

**Registration #:** _____

**DATE OF FILING COMPLAINT OR PETITION:** November 17, 2003

To be completed by authorized Prison Official:

| | |
|---|---|
| BALANCE at time of filing of the Complaint or Petition: | $ .15¢ |
| AVERAGE MONTHLY DEPOSITS during the six months prior to filing of the complaint/petition: | $ 8.50 |
| AVERAGE MONTHLY BALANCE during the six months prior to filing of the complaint/petition: | $ 10.91 |
| BALANCE as of this date: | $ .15¢ |

I certify that the above information accurately reflects the deposits and balances in the prisoner's trust account for the period shown and that the attached prisoner trust account statements or ledger sheets are true copies of account records maintained in the ordinary course of business.

DATE: _____

AUTHORIZED SIGNATURE: _____
Please print or type name below:

**FRANCISCO B. CRISOSTOMO**

TITLE: **WARDEN**

Please return this form directly to:

Clerk's Office
U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagatna, Guam   96910

RECEIVED

JAN 15 2004

DISTRICT COURT OF GUAM
HAGATNA, GUAM

## INSTRUCTIONS FOR FILING CERTIFICATE OF FUNDS AND PRISONER'S TRUST ACCOUNT STATEMENTS

The prisoner shown as the plaintiff or petitioner on the attached Consent Form has filed a civil action in forma pauperis in this Court and owes a filing fee to this Court. Under the Prison Litigation Reform Act, a prisoner filing a civil action in forma pauperis must either pay the full filing fee or obtain from the trust officer of each institution in which the prisoner was confined during the preceding six months, a certified copy of the prisoner's trust account statements or ledger sheets for the six months immediately prior to the filing of the complaint or petition.

Pursuant to the attached Consent Form, the prisoner has authorized release of the above information directly to the Court. The prisoner has also consented and authorized the collection of fees from his prisoner's trust account.

Please file with this Court, no later than 30 days from the date of these instructions, the enclosed Certificate of Funds Form for the above-entitled prisoner, signed by an authorized official of the prison, together with a certified copy of the prisoner's trust account statements or ledger sheets for the six months immediately prior to the filing of the complaint or petition. If the plaintiff/petitioner has not been confined in your institution for the entire six-month period, you must obtain the financial records from all institutions having custody of the plaintiff/petitioner during the six-month period immediately prior to the filing of the complaint/petition.

After the Court has reviewed all of the above documents, you will be receiving an order regarding the amount of the initial partial filing fee and the subsequent installments due to the Court.

MARY L.M. MORAN
Clerk of Court

DATE: January 6, 2004

By: _Virgia T. Kilgore_
Deputy Clerk

2

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM

DEC 15 2003

MARY L. M. MORAN
CLERK OF COURT

SEAN FRANCIS SCHOOL MAFNAS,

                Plaintiff,

     vs.

JOHN S. UNPINGCO, Chief Judge, U.S.
District Court of Guam, et **al**,
             Defendant(s).

Civil Case No. 03-00038

**CONSENT TO THE RELEASE OF
TRUST ACCOUNT INFORMATION
AND TO COLLECT FEES FROM
TRUST ACCOUNT**

I, Sean Francis School Mafnas , #_____,
hereby consent and authorize the appropriate prison officials:

     1.   To forward directly to the above Court a certified copy of my prisoner's trust account statement or ledger sheets showing transactions for the six month period immediately preceding the filing of my complaint or notice of appeal and a Certificate of Funds for my prisoner trust account that is to be signed by an authorized official of the institution;

     2.   To withhold from my prison account and pay to the Court an initial partial payment of 20% of the greater of:

          (a)  The average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint or notice of appeal; or

(b) The average monthly balance in my account for the six-month period immediately preceding the filing of my complaint or notice of appeal;

3. To collect from my account on a continuing basis each month, an amount equal to 20% of the preceding month's income. Each time the amount in my account exceeds $10.00, the Trust officer shall forward the interim payment to the Clerk's Office, U.S. District Court of Guam, 4th Floor, U.S. Courthouse, 520 W. Soledad Avenue, Hagatna, Guam 96910, until such time as my filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional fees, costs, and sanctions imposed by the U.S. District Court of Guam.

Dated: 05 DEC 2003

_____
Signature of Plaintiff/Petitioner

2

# ACCOUNT LEDGER

SS# _____-__-____   UNIT ____

| Date | Receipt Number | Deposit | Total Balance | Purchase #1 | Purchase #2 | Purchase #3 | Purchase #4 | New Balance |
|------|----------------|---------|---------------|-------------|-------------|-------------|-------------|-------------|
| JAN 31 2003 | | | | | | | | |
| FEB 14 2003 | | | | | | | | |
| JUN 06 2003 | | | | | | | | |
| JUN 07 2003 | | | | | | | | |
| JUN 10 2003 | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |