C. SALVATORE D'ALESSIO, JR.
Senior Trial Attorney, Civil Division
U.S. DEPARTMENT OF JUSTICE
Constitutional Torts Staff
P.O Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Telephone: (202) 616-4168
Facsimile: (202) 616-4314

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

Attorney for Defendant John S. Unpingco

FILED
DISTRICT COURT OF GUAM
MAR -8 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

| | |
|---|---|
| SEAN FRANCIS SCHOOL MAFNAS, <br><br> Plaintiff, <br><br> v. <br><br> JOHN S. UNPINGCO, et al., <br><br> Defendants. | CIVIL ACTION NO. 03-000038 <br><br> NOTICE OF MOTION AND MOTION TO DISMISS WITHOUT LEAVE TO AMEND FILED ON BEHALF OF DEFENDANT JOHN S. UNPINGCO |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that this motion is submitted without a request for hearing for a decision based on the pleadings, at the discretion of the court.

**MOTION TO DISMISS WITHOUT LEAVE TO AMEND**

NOW COMES Defendant John S. Unpingco, Chief Judge for the U.S. District Court for the District of Guam, through counsel, and respectfully moves the Court to dismiss plaintiff's claims without leave to amend, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, on the following grounds. First, this Court lacks subject matter jurisdiction over plaintiff's purported claims against defendant Unpingco in his official capacity, which are barred by sovereign immunity, and therefore those claims should be dismissed pursuant to *Fed. R. Civ. P. 12(b)(1)* or *12(b)(6)*. Second, plaintiff's individual capacity claims against defendant Unpingco are barred by the doctrine of judicial immunity or statutory immunity, and accordingly, those claims should be dismissed pursuant to *Fed. R. Civ. P. 12(b)(1)* or *12(b)(6)*. Third, to the extent that plaintiff relies upon events that occurred prior to June 3, 2000, his claims are time barred and should be dismissed pursuant to *Fed. R. Civ. P. 12(b)(6)*. Finally, defendant Unpingco is entitled to absolute immunity from this lawsuit, and thus, plaintiff's claims against him should be dismissed without leave to amend.

In short, taking the well-pleaded facts in the complaint as true for purposes of ascertaining their legal sufficiency, all of plaintiff's claims against defendant Unpingco are subject to dismissal without leave to amend for the above reasons.

//
//
//
//

| | |
|---|---|
| 1 | In further support of this motion, defendant Unpingco relies |
| 2 | upon the Memorandum of Points and Authorities, which is being |
| 3 | filed concurrently with this motion. |
| 4 | |
| 5 | Respectfully submitted, |
| 6 | C. SALVATORE D'ALESSIO, JR.<br>Senior Trial Attorney |
| 7 | Constitutional Torts Staff<br>U.S. Department of Justice |
| 8 | |
| 9 | LEONARDO M. RAPADAS<br>United States Attorney<br>Districts of Guam and NMI |
| 10 | |
| 11 | BY: /s/<br>RUSSELL C. STODDARD |
| 12 | First Assistant U.S. Attorney |
| 13 | *Attorney for Defendant*<br>*John S. Unpingco* |