C. SALVATORE D'ALESSIO, JR.
Senior Trial Attorney, Civil Division
U.S. DEPARTMENT OF JUSTICE
Constitutional Torts Staff
P.O Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Telephone: (202) 616-4168
Facsimile: (202) 616-4314

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

Attorney for Defendant John S. Unpingco

IN THE UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

| | |
|---|---|
| SEAN FRANCIS SCHOOL MAFNAS, | ) CIVIL ACTION NO. 03-000038 |
| Plaintiff, | ) NOTICE OF MOTION AND MOTION TO |
| v. | ) DISMISS WITHOUT LEAVE TO AMEND |
| JOHN S. UNPINGCO, et al., | ) FILED ON BEHALF OF DEFENDANTS |
| Defendants. | ) MARIVIC P. DAVID AND MIKEL W. SCHWAB |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that this motion is submitted without a request for hearing for decision on the pleadings, at the discretion of the court.



FILED
DISTRICT COURT OF GUAM
MAR - 8 2004
MARY L.M. MORAN
CLERK OF COURT

# MOTION TO DISMISS WITHOUT LEAVE TO AMEND

NOW COMES Defendants Marivic P. David and Mikel W. Schwab, Assistant U.S. Attorneys for the U.S. Attorney's Office, Department of Justice for the District of Guam, through counsel, and respectfully move the Court to dismiss plaintiff's claims, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, on the following grounds. First, this Court lacks subject matter jurisdiction over plaintiff's purported claims against the defendants in their official capacities, which are barred by sovereign immunity, and therefore those claims should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) or 12(b)(6). Second, plaintiff's individual capacity claims against defendants are barred by the doctrine of absolute immunity for acts within the scope of their prosecutorial duties, and accordingly, those claims should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) or 12(b)(6). Third, the foundation for plaintiff's claims against the AUSAs is a misinterpretation and misapplication of 18 U.S.C. § 1332(a).

In short, taking the well-pleaded facts in the complaint as true for purposes of ascertaining their legal sufficiency, all of plaintiff's claims against defendants are subject to dismissal without leave to amend for the above reasons.

//
//
//
//
//
//

In further support of this motion, the defendants rely upon the Memorandum of Points and Authorities, which is being filed concurrently with this motion.

Respectfully submitted,

ROBERT D. MCCALLUM, JR.
Assistant Attorney General

NICKI L. KOUTSIS
Assistant Director, Torts Branch

C. SALVATORE D'ALESSIO, JR.
Senior Trial Attorney
Constitutional Torts Staff
U.S. Department of Justice

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

Attorney for Defendants
Marivic P. David and Mikel W. Schwab

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, has been furnished, via regular first class U.S. mail, Certified postage prepaid, this 8th day of March, 2004, to the following:

Sean Francis School Mafnas
386 Chalan Jota Street
Pualanta, Yona
Tel: 789-2787
Cell: 689-7556

_____
FRANCES B. LEON GUERRERO
Legal Assistant

- 4 -