1  LEONARDO M. RAPADAS
   United States Attorney
2  Districts of Guam and Northern Mariana
      Islands
3  RUSSELL C. STODDARD
   First Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Tel: (671) 472-7332
6  Fax: (671) 472-7215
   C. SALVATORE D'ALESSIO, JR.
7  Senior Trial Attorney, Civil Division
   U.S. DEPARTMENT OF JUSTICE
8  Constitutional Torts Staff
   P.O. Box 7146, Ben Franklin Station
9  Washington, D.C. 20044-7146
   Telephone: (202) 616-4168
10 Facsimile: (202) 616-4314

Attorneys for Defendant John S. Unpingco

FILED
DISTRICT COURT OF GUAM
SEP 28 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

| | |
|---|---|
| SEAN FRANCIS SCHOOL MAFNAS, | CIVIL CASE NO. 03-00038 |
| Plaintiff, | |
| v. | **ORDER** |
| JOHN S. UNPINGCO, et al., | |
| Defendants. | |

The Court, having reviewed the Suggestion of Death, filed pursuant to the Federal Rules of Civil Procedure 25(a), on the record, more than ninety (90) days previous, and with no substitution of party filed in compliance with the Fed.R.Civ.P., hereby orders that the case is dismissed. **SO ORDERED** this 27th day of ~~June~~ Sept., 2004.

DAVID C. BURY, Designated Judge
District Court of Guam

RECEIVED
JUN 23 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

- 3 -