FILED
DISTRICT COURT OF GUAM
SEP 28 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| SEAN FRANCIS SCHOOL MAFNAS,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN S. UNPINGCO, et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00038<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the Order filed on September 28, 2004, dismissing the case.

Dated this 28th day of September, 2004, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: *Rosita P. San Nicolas*
Rosita P. San Nicolas
Chief Deputy Clerk

Notice is hereby given that this document was entered on the docket on 9/28/04. No separate notice of entry of order will be issued by this Court.

Mary L. M. Moran, Clerk, District Court of Guam
by *R. P. San Nicolas* 9/28/04
Deputy Clerk